## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **THE BIG GREEN EGG, INC.,** *Plaintiff*, v. **AIYIXIAO,** *et al.,* *Defendants.* | Civil Action No. |

### PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE PROCESS ON DEFENDANTS BY ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff The Big Green Egg, Inc., by and through undersigned counsel, hereby moves this Court for an order authorizing service of process on Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed Order is also submitted with this Motion.

Dated: November 20, 2020.

Respectfully submitted,

THE SLADKUS LAW GROUP


*s/ Jason H. Cooper*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jeffrey B. Sladkus
Ga. Bar No. 651220
E-mail: jeff@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
Bao-Ngoc Kim Dang
Ga. Bar No. 781673
E-Mail: kim@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

**Attorneys for Plaintiff**