**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **THE BIG GREEN EGG, INC.,**<br><br> *Plaintiff*,<br><br>v.<br><br>**AIYIXIAO,** *et al.,*<br><br> *Defendants.* | Civil Action No. 1:20-cv-04757-TWT |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND *EX PARTE* TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, AND ORDER TO SHOW CAUSE**

THIS CAUSE came before the Court on Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause ("TRO") pursuant to Fed. R. Civ. P. 65(b)(2). Plaintiff has demonstrated that it has been diligent in sending the TRO to the marketplace platforms and requesting that these third parties comply with the terms of the TRO. The Court understands that the Platforms are currently working to gather the Defendants' names and email addresses, after which Plaintiff will notify Defendants of the TRO and serve them with process.

The Court finds that Plaintiff has demonstrated good cause for an extension of the TRO for an additional fourteen (14) days, to **January 4, 2021**. Additionally,

the hearing on Plaintiff's Motion for Preliminary Injunction is rescheduled and set before the Court for  Monday, January 4, 2021  at  2:00 p.m. , at which time Defendants and/or any other affected persons may challenge the appropriateness of the TRO and move to dissolve the same, and shall appear and show cause why a preliminary injunction should not issue.

      SO ORDERED: this  11th  day of  December , 2020.

                          /s/ Thomas W. Thrash, Jr.
                          **UNITED STATES DISTRICT JUDGE**